United States of America v. Real Property and Improvements Located at ...pper Lake, California et al                    Doc. 46
Case 3:04-cv-05401-MHP   Document 46   Filed 07/20/2006   Page 1 of 2

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5     450 Golden Gate Avenue, Box 36055
      San Francisco, CA 94102
6     Telephone: 415.436.6857
      Facsimile:   415.436.6748
7     Email: patricia.kenney@usdoj.gov

8  Attorneys for United States of America

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                               SAN FRANCISCO DIVISION

12                                                    ~~C 04-5401 MHP~~
    UNITED STATES OF AMERICA,          )        No. ~~C 04-0541 MHP~~
13                                     )
                Plaintiff,             )
14                                     )
          v.                           )        ORDER LIFTING THE STAY
15                                     )        IN NOS. ~~C 04-0541~~ AND C 05-00897
    REAL PROPERTY AND IMPROVEMENTS     )              C 04-5401
16  LOCATED AT 941 EAST HIGHWAY 20,    )
    UPPER LAKE, CA, AND 975 EAST       )
17  HIGHWAY 20, UPPER LAKE, CA, ET AL.,)
                                       )
18              Defendants.            )
                                       )
19                                     )
    CHARLES E. LEPP AND LINDA SENTI,   )
20                                     )
                Claimants.             )
21                                     )
    UNITED STATES OF AMERICA,          )        No. C 05-00897 MHP
22                                     )
                Plaintiff,             )
23                                     )
          v.                           )        ORDER LIFTING THE STAY
24                                     )        IN NOS. ~~C 04-0541~~ AND C 05-00897
    REAL PROPERTY AND IMPROVEMENTS     )              C 04-5401
25  LOCATED AT 9175 and 9176 UPPER LAKE)
    LUCERNE ROAD, UPPER LAKE, CA,      )
26                                     )
                Defendants.            )
27                                     )
                                       )
28  CHARLES E. LEPP AND LINDA SENTI,   )
                                       )
                Claimants.             )
                                       )

1
2       UPON CONSIDERATION of the motion for administrative relief filed by the
3   United States pursuant to Civil Local Rule 7-11 to lift the stay in the two, above-captioned civil
4   forfeiture actions, ~~C 04-0541~~ C 04-5401 and C 05-0897, and the entire record, it is by the Court on this
5   _20th_ day of July 2006,
6       ORDERED that the stay is lifted in the two civil forfeiture actions, ~~C 04-0541~~ C 04-5401 and
7   C 05-0897.



IT IS SO ORDERED

Judge Marilyn H. Patel

Order Lifting Stay
No. C 04-5401 MHP
No. C 05-0897 MHP