JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: 415.436.6857
   Facsimile:   415.436.6748
   Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REAL PROPERTY AND IMPROVEMENTS ) <br> LOCATED AT 941 EAST HIGHWAY 20, ) <br> UPPER LAKE, CA, AND 975 EAST ) <br> HIGHWAY 20, UPPER LAKE, CA, ET AL., ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) <br> CHARLES E. LEPP AND LINDA SENTI, ) <br> ) <br> Claimants. ) <br> _____ ) | No. C 04-5401 MHP <br><br> ORDER GRANTING THE MOTION <br> FOR SUMMARY JUDGMENT |

1   UPON CONSIDERATION of the motion for summary judgment of the United States,
2   claimant Lepp's opposition, and the entire record, it is by the Court on this __7th__ day
3   of __September__, ~~2009~~ *
4   ORDERED that the motion be, and hereby is, GRANTED, because there are no material
5   factual disputes requiring a trial and defendant Real Property and Improvements Located at 941
6   and 975 East Highway 20, Upper Lake, California was used in a large scale marijuana cultivation
7   operation to grow somewhere between 24,784 and 32,000 marijuana plants; and it is further
8   ORDERED that defendant Real Property and Improvements Located at 941 and 975 East
9   Highway 20, Upper Lake, California be, and hereby is, FORFEITED to the United States.

HONORABLE MARILYN H. PATEL
United States District

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

**\* and the Court having issued an order finding Charles Edward Lepp competent said order being filed in CR 04-00317 MHP.**

Order Re: Summary Judgment
No. C 04-5401 MHP                              2