MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: 415.436.6857
   Facsimile:  415.436.6748
   Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 941 AND 975 EAST HIGHWAY 20, UPPER LAKE, CA, AND A .32 SEMI-AUTOMATIC BERETTA (SERIAL #DAA297246),<br><br>                Defendants.<br><br>CHARLES E. LEPP AND LINDA SENTI,<br><br>                Claimants. | No. C 04-5401 MHP<br><br>ORDER DISMISSING DEFENDANT .32 SEMI-AUTOMATIC BERETTA (SERIAL #DAA297246) |

1  UPON CONSIDERATION of the facts (1) that there were three original defendants in
2  this civil forfeiture action; (2) that two of the three original defendants (defendant Real Property
3  and Improvements Located at 941 East Highway 20, Upper Lake, California, and 975 East
4  Highway 20, Upper Lake, California) were forfeited to the United States when the Court granted
5  the motion for summary judgment on September 7, 2010; and (3) that there is no order disposing
6  of defendant .32 Semi-Automatic Beretta (Serial #DAA297246) which was seized during the
7  execution of a search warrant which this Court later suppressed and the entire record, and for
8  good cause shown, it is by the Court on this 20th day of July, 2011,

9  ORDERED that the instant case, be and hereby is, DISMISSED, against defendant .32
10 Semi-Automatic Beretta (Serial #DAA297246).

HONORABLE MARILYN HALL PATEL
United States District Judge

Order of Dismissal of defendant Beretta
No. C 04-5401 MHP                    2